IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TROY J. LAPORTE,

        Plaintiff,

v.

                                                                    Case No. 17-cv-602-wmc

ANDREW M. SAUL,
Commissioner of Social Security

        Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Troy J. Laporte remanding this case for further proceedings under sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

| s/ V. Olmo, Deputy Clerk | 9/27/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |